**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7274**

_____

CARROLL GAYLORD,

                Plaintiff - Appellant,

     v.

MICHAEL J. STOUFFER, Commissioner; CORIZON, INC., f/k/a
C.M.S., Medical Care Provider; BOBBY SHEARIN, Warden,
N.B.C.I.; MD COLIN OTTEY, Dr., N.B.C.I.; GREGG FLURY, P.A.,
N.B.C.I.; D. ADAMS, Head Nurse; MONICA METHENY, RN; STEVEN
BRAY, RN; AUTUMN DURST, RN; TIMBELIE ADAMS, RN; WILLIAM
BEEMAN, RN; BREANNA BROWN, RN, N.B.C.I.,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Chief District
Judge. (8:12-cv-02477-DKC)

_____

Submitted: December 20, 2013      Decided: January 15, 2014

_____

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Carroll Gaylord, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland; Patricia H.
Beall, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carroll Gaylord appeals the district court's orders granting summary judgment to Defendants on his claims of deliberate indifference to his serious medical needs under 42 U.S.C. § 1983 (2006), and denying his motion filed pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaylord v. Stouffer, No. 8:12-cv-02477-DKC (D. Md. June 12, 2013; July 11, 2013). We deny Gaylord's motions to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED